1044

No. 00–6898.  PATTON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–6899.  MEJIA-PORTILLO, AKA MEDINA-FUENTES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–6902.  MENDOZA-HINOJOSA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–6917.  MARSHALL v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–6928.  COCKRELL v. EDWARDS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 99–1440.  NEW YORK v. BOSWELL; and

No. 99–1443.  CORPORATION COUNSEL OF THE CITY OF NEW YORK v. MUHAMMAD F.  Ct. App. N. Y.  Motions of respondents for leave to proceed in forma pauperis granted.  Certiorari denied.  Reported below: 94 N. Y. 2d 136, 722 N. E. 2d 45.

No. 00–491.  STEVENS CREEK QUARRY, INC. v. SANTA CLARA COUNTY PLANNING COMMISSION ET AL.  C. A. 9th Cir.  Motion of California Mining Association et al. for leave to file a brief as amici curiae granted.  Certiorari denied.

No. 00–497.  FORD MOTOR CO. v. CLAY, ADMINISTRATRIX OF THE ESTATE OF CLAY, ET AL.  C. A. 6th Cir.  Motions of Washington Legal Foundation and Product Liability Advisory Council, Inc., for leave to file briefs as amici curiae granted.  Certiorari denied.

No. 00–5733.  DO-NGUYEN v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL.  C. A. 9th Cir.  Certiorari before judgment denied.

No. 00–6408.  REFFITT v. AK STEEL CORP.  C. A. 6th Cir.  Certiorari before judgment denied.

No. 99–9162.  SCRUGGS v. LEONARD, ante, p. 830;

No. 99–9403.  BOLES v. CORRECTIONS CORPORATION OF AMERICA ET AL., ante, p. 832;

No. 99–9840.   HOOD v. UNITED STATES, *ante*, p. 943;

No. 99–9843.   DULLEN v. INDIANA, *ante*, p. 847;

No. 99–9877.   COLEMAN v. KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER, *ante*, p. 848;

No. 99–9929.   JAMES v. UNITED STATES, *ante*, p. 851;

No. 99–9977.   MURRY v. MURRAY, SUPERINTENDENT, GROVE-LAND CORRECTIONAL FACILITY, ET AL., *ante*, p. 853;

No. 99–9982.   PAPPAS v. UNITED STATES, *ante*, p. 854;

No. 99–10224.   MYERS v. MICHIGAN, *ante*, p. 867;

No. 99–10260.   LAURIA v. UNITED STATES, *ante*, p. 869;

No. 00–97.   ADAMS ET AL. v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL., *ante*, p. 941;

No. 00–5023.   BAYON v. STATE UNIVERSITY OF NEW YORK AT BUFFALO ET AL., *ante*, p. 881;

No. 00–5024.   BAYON v. STATE UNIVERSITY OF NEW YORK AT BUFFALO ET AL., *ante*, p. 882;

No. 00–5026.   JOHNSON v. BRIGANO, WARDEN, *ante*, p. 882;

No. 00–5181.   FOSTER v. GEORGIA, *ante*, p. 890;

No. 00–5272.   BOWEN v. NORTH CAROLINA, *ante*, p. 895;

No. 00–5414.   MURDOCK v. JAMES ET AL., *ante*, p. 903;

No. 00–5430.   BAYON v. FLORIDA ET AL., *ante*, p. 904;

No. 00–5643.   FELS v. IRETON ET AL., *ante*, p. 946; and

No. 00–6157.   JOWERS v. GREEN CHIMNEYS CHILDREN'S SERVICE, *ante*, p. 952.   Petitions for rehearing denied.

No. 99–9951.   ALFORD v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, *ante*, p. 918.   Petition for rehearing denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 00–197.   TSU ET UX. v. VOS ET AL., *ante*, p. 940.   Petition for rehearing denied.   JUSTICE BREYER took no part in the consideration or decision of this petition.

DECEMBER 5, 2000

No. 00–7012 (00A433).   IN RE HITTLE.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.   Petition for writ of habeas corpus denied.